IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SITTA COLE, | Civil No. 3:18-cv-0686 |
| Petitioner | (Judge Mariani) |
| v. | |
| Warden, YORK COUNTY PRISON, | |
| Respondent | |

## ORDER

**AND NOW**, this 15th day of May, 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge